## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Edward R. DeBona

                     Debtor(s)

Community Loan Servicing, LLC fka Bayview Loan
Servicing, LLC

                     Movant

            v.

Edward R. DeBona

                     Respondent

            and

Ronda J. Winnecour, Trustee

                     Additional Respondent

BK. NO. 20-20964 CMB

CHAPTER 13

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this      day of              , 2020, at Pittsburgh, upon Motion of Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC, its successors and/or assigns, it is

      **ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1528 Laurel Avenue a/k/a 1528 Laurel Road, Ambridge, PA 15003 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge

Edward R. DeBona
1528 Laurel Avenue
Ambridge, PA 15003

Lawrence W. Willis Esquire
Willis & Associates
201 Penn Center Blvd Suite 310
Pittsburgh, PA 15235
ecf@westernpabankruptcy.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106