# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward R. DeBona<br>　　　　　　　Debtor | CHAPTER 13 |
| Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC<br>　　　　　　　Movant<br>　　vs. | NO. 20-20964 CMB |
| Edward R. DeBona<br>　　　　　　　Debtor | |
| Ronda J. Winnecour, Trustee<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER OF COURT

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　AND NOW, this _____ day of _____ , 2020, counsel for the parties having consented hereto, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and herby is Denied as withdrawn. The hearing in this matter scheduled for December 9, 2020 at 10:00 A.M is cancelled.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____J.
　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge


　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　Attorney ID No. 317240
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

December 2, 2020