# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward R. DeBona<br>　　　　　　　　　　　Debtor | CHAPTER 13 |
| Community Loan Servicing, LLC fka Bayview Loan Servicing, LLC<br>　　　　　　　　　　　Movant<br>　　　　vs. | NO. 20-20964 CMB |
| Edward R. DeBona<br>　　　　　　　　　　　Debtor | |
| Ronda J. Winnecour, Trustee<br>　　　　　　　　　　　Trustee | 11 U.S.C. Section 362<br>Related to Doc. No. 54, 59 |

## ORDER OF COURT

　　AND NOW, this  4th  day of  December ,2020,  due to Movant's Counsel's filing, it is hereby ORDERED that the Motion for Relief from Stay filed in the above matter be and   hereby is      withdrawn. The hearing in this matter scheduled for December 9, 2020 at 10:00 A.M is cancelled.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

FILED
12/4/20 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm    dmr
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge