2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 20-20964-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Edward R. DeBona
1528 Laurel Ave
Ambridge PA 15003

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2021.

Name and Address of Alleged Transferor(s):

Claim No. 7: Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146

Name and Address of Transferee:

U.S. Bank Trust National Association
as Trustee of Igloo Series IV Trust
C/O SN Servicing Corporation
323 Fifth Street
Eureka CA, 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  10/27/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20964-CMB |
| Edward R. DeBona | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: culy | Page 1 of 2 |
| Date Rcvd: Oct 25, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15298157 | + Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 25 2021 23:20:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2021     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

**Name**              **Email Address**

Brian Nicholas
           on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com

Brian Nicholas
           on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company bnicholas@kmllawgroup.com

Brian Nicholas
           on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Keri P. Ebeck
           on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis

District/off: 0315-2 | User: culy | Page 2 of 2
Date Rcvd: Oct 25, 2021 | Form ID: trc | Total Noticed: 1

    on behalf of Debtor Edward R. DeBona ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle

    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series IV Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Maria Miksich

    on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

TOTAL: 9