IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                    CASE NO. 20-20964CMB

        EDWARD R. DEBONA                       Chapter 13
        Debtor(s).

        EDWARD R. DEBONA,
        Movant(s),
vs.
No Respondents,

**CONSENT ORDER OF COURT AUTHORIZING DEBTOR(S) PARTICIPATION IN PENNSYLVANIA HOMEOWNER ASSISTANCE PROGRAM**

      Whereas EDWARD R. DEBONA ("Debtor(s)") wishes to apply for assistance under the Pennsylvania Homeowner Assistance Program with respect to the Property at 1528 LAUREL AVE AMBRIDGE, PA 15003;

      Whereas, the program requires the approval of the Trustee or Bankruptcy Court;

      Whereas the Trustee consents to the Debtor(s) participation but believes it in the best interest of all parties to formalize the consent by Order of Court;

      AND NOW therefore upon the consent of the Debtor(s) and Trustee it is hereby ORDERED:

(1)      The Debtor is expressly authorized to participate in the PAHAF program. Trustee acknowledges that to the extent relief is granted funds will be distributed directly to the mortgage lender/servicer, contract for deed holder, county treasurer, local taxing authority, hazard insurance company, homeowners' / condominium association, or other payee by the PAHAF and/or its authorized agents on behalf of the applicant.

(2)      In the event there are any funds distributed as result of the Debtor(s) participation, Debtor(s) shall file a report with the Court that expressly lists the amounts distributed and to whom and shall, to the extent the distributions affect claims to have been paid under the Plan file an amended plan or a stipulated order modifying the plan to account for the distributions.

So ORDERED, this __28th__ day of _____March_____, 2022____:

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

Consented to:

/s/ Lawrence Willis
Lawrence W. Willis Esquire
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com
**Attorney for Debtors**

FILED
3/28/22 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Owen W. Katz
Owen W. Katz, Esquire
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com
**Attorney for Chapter 13 Trustee**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20964-CMB |
| Edward R. DeBona | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward R. DeBona, 1528 Laurel Ave, Ambridge, PA 15003-1314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2022        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, A Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lawrence W. Willis | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Debtor Edward R. DeBona ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lorraine Gazzara Doyle
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series IV Trust lorraine@mvrlaw.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10