**WWR # 041014679**

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Edward R. DeBona ) | Bankruptcy No. 20-20964-CMB |
| Debtor, ) | |
| ) | Chapter 13 |
| A&S Federal Credit Union ) | |
| ) | |
| Creditor, ) | |
| v. ) | |
| ) | |
| Edward R. DeBona, Debtor ) | |
| Ronda J. Winnecour, Trustee ) | |
| ) | |
| Respondents. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Attorney for Creditor. Copies of all further communications, pleadings, court notices, and other papers should be served on said Attorney as Attorney of Record. for the Creditor A&S Federal Credit Union.

Please send all further communications, pleadings, court notices, and other documents intended for A&S Federal Credit Union to undersigned counsel.

Executed on August 24, 2022                    WELTMAN, WEINBERG & REIS, CO., L.P.A.

/s/Garry Masterson
Garry Masterson (Bar No. CA 297208)
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Creditor
965 Keynote Circle
Cleveland, OH 44131
216-672-6984
gmasterson@weltman.com