WWR# 041014679

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Edward R. DeBona<br><br>　　　　　　　　Debtors<br><br>A&S Federal Credit Union<br>　　　　　　　　Movant.<br>　v.<br><br>Edward R. DeBona, Debtor<br>Ronda J. Winnecour, Trustee<br><br>　　　　　　　　Respondents. | CASE NO. 20-20964-CMB<br><br>CHAPTER 13<br><br>Related to Claim No. 8 |

**CERTIFICATE OF SERVICE OF DOCKET-TEXT ONLY ORDER ON REQUEST TO RESTRICT PUBLIC ACCESS TO PROOF OF CLAIMS [CLAIM NO. 8-1 & 8-2]**

I, Garry Masterson, certify under penalty of perjury that I served the above captioned Docket-Text Only Order on Request to Restrict Public Access to Proof of Claims [Claim No. 8-1 & 8-2] on the parties at the addresses below, on August 29, 2022.

**Service by First-Class Mail**:

Edward R. DeBona, Debtor
1528 Laurel Ave
Ambridge, PA 15003


EXECUTED ON: August 29, 2022　　　　　/s/ Garry Masterson
　　　　　　　　　　　　　　　　　　　　Garry Masterson, Bar No. CA297208
　　　　　　　　　　　　　　　　　　　　Weltman, Weinberg & Reis Co., L.P.A.
　　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　　965 Keynote Circle
　　　　　　　　　　　　　　　　　　　　Cleveland, OH 44131
　　　　　　　　　　　　　　　　　　　　216-672-6984
　　　　　　　　　　　　　　　　　　　　gmasterson@weltman.com