Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Edward R. DeBona** | : | Case No. 20−20964−CMB |
| *Debtor(s)* | : | Chapter: 13 |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

　　　　*AND NOW,* this ***The 14th of November, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

　　　　(1)　The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

　　　　(2)　Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

　　　　(3)　The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

　　　　(4)　The Clerk shall give notice to all creditors of this dismissal.

　　　　　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm, Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20964-CMB |
| Edward R. DeBona | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 14, 2022 | Form ID: 309 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward R. DeBona, 1528 Laurel Ave, Ambridge, PA 15003-1314 |
| cr | + | A&S Federal Credit Union, Attn: Gina Huntington, 2283 Broadhead Road, Aliquippa, PA 15001-4697 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 15217029 | + | A&S Federal Credit Union, 2283 Broadhead Rd, Aliquippa, PA 15001-4697 |
| 15237715 | + | A&s Fcu, 2283 Broadhead Rd, Aliquippa, PA 15001-4674 |
| 15217036 | + | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15217030 | + | Email/Text: bncnotifications@pheaa.org | Nov 15 2022 03:26:00 | Aes/pnc Natl City, Pob 61047, Harrisburg, PA 17106-1047 |
| 15245004 | | EDI: GMACFS.COM | Nov 15 2022 08:23:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15217031 | + | EDI: GMACFS.COM | Nov 15 2022 08:23:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15237718 | + | EDI: LCIBAYLN | Nov 15 2022 08:23:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15221291 | | EDI: CAPITALONE.COM | Nov 15 2022 08:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15237719 | | EDI: CAPITALONE.COM | Nov 15 2022 08:23:00 | Capital One Bank (USA), N.A., by American Infosource, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 15217032 | + | EDI: CAPITALONE.COM | Nov 15 2022 08:23:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15298157 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 15 2022 03:26:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 15217033 | + | EDI: NAVIENTFKASMDOE.COM | Nov 15 2022 08:23:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15242799 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2022 03:26:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15217034 | | EDI: JPMORGANCHASE | Nov 15 2022 08:23:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15217035 | | EDI: JPMORGANCHASE | Nov 15 2022 08:23:00 | Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |

| | | | | |
|---|---|---|---|---|
| 15233020 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2022 03:35:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15217037 | + | EDI: RMSC.COM | Nov 15 2022 08:23:00 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15217038 | + | EDI: LCITDAUTO | Nov 15 2022 08:23:00 | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 15425873 | ^ | MEBN | Nov 15 2022 03:24:19 | U.S. Bank Trust National Association, as Trustee of Igloo Series IV Trust, C/O SN Servicing Corporation, 323 Fifth Street, Eureka CA 95501-0305 |
| 15489361 | ^ | MEBN | Nov 15 2022 03:24:20 | U.S. Bank Trust National Association,, as Trustee of, Cabana Series V Trust, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 15217039 | + | EDI: BLUESTEM | Nov 15 2022 08:23:00 | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, A Delaware Limited Li |
| cr | | Community Loan Servicing, LLC |
| cr | | Community Loan Servicing, LLC fka Bayview Loan Ser |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | SN Servicing Corporation as Servicer for U.S. Bank, Friedman Vartolo, LLP, 1325 Franklin Ave., Suite 160, Garden City, NY 11530-1631 |
| 15237716 | *+ | Aes/pnc Natl City, Pob 61047, Harrisburg, PA 17106-1047 |
| 15237717 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15245276 | *+ | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15237720 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15237721 | *+ | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15237722 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 15237723 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Hl, 700 Kansas Lane, Monroe, LA 71203 |
| 15237724 | *+ | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15237725 | *+ | Nw Bank Fka Nw Savngs, 100 Liberty St, Warren, PA 16365-2411 |
| 15237726 | *+ | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15237727 | *+ | Td Auto Finance, Po Box 9223, Farmington, MI 48333-9223 |
| 15237728 | *+ | Webbank/fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 4 Undeliverable, 14 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, A Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC fka Bayview Loan Servicing, LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor A&S Federal Credit Union pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lauren Moyer | on behalf of Creditor SN Servicing Corporation as Servicer for U.S. Bank Trust National Association as Trustee of Cabana Series V Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Lawrence W. Willis | on behalf of Debtor Edward R. DeBona ecf@westernpabankruptcy.com urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Lorraine Gazzara Doyle | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Igloo Series IV Trust ldoyle@logs.com, diane@mvrlaw.com;bankruptcy@friedmanvartolo.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 12