**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EDWARD R. DEBONA<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:20-20964<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/13/2020 and confirmed on 06/03/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 10,660.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,660.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,541.35 | |
|     Trustee Fee | 581.34 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,122.69 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 0752 | 0.00 | 6,052.56 | 0.00 | 6,052.56 |
|   US BANK TRUST NA - TRUSTEE ET AL<br>    Acct: 0752 | 18,780.01 | 0.00 | 0.00 | 0.00 |
|   A & S FCU<br>    Acct: XXXLN 2 | 15,807.43 | 443.66 | 1,041.09 | 1,484.75 |
| | | | | 7,537.31 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   EDWARD R. DEBONA<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILLIS & ASSOCIATES<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAWRENCE W WILLIS ESQ<br>    Acct: | 3,000.00 | 2,541.35 | 0.00 | 0.00 |
|   LAWRENCE W WILLIS ESQ<br>    Acct: | 2,500.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
|   AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   ALLY BANK** | 11,464.52 | 0.00 | 0.00 | 0.00 |
|     Acct: 8398 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0330 | | | | |
|   ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5185 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,214.19 | 0.00 | 0.00 | 0.00 |
|     Acct: 9645 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 488.49 | 0.00 | 0.00 | 0.00 |
|     Acct: 3468 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 300.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 4463 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4463 | | | | |
|   DEPARTMENT OF EDUCATION/NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1009 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4478 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4589 | | | | |
|   MERRICK BANK | 735.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 1117 | | | | |
|   NORTHWEST SAVINGS BANK - NOW NOR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7091 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9480 | | | | |
|   TD AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2929 | | | | |
|   WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7240 | | | | |
|   DUQUESNE LIGHT COMPANY(*) | 562.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 8948 | | | | |
|   A & S FCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXLN 2 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRIEDMAN VARTOLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WELTMAN WEINBERG & REIS LPA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | * * * N O N E * * * | | | |

**TOTAL PAID TO CREDITORS**                                                                                                       7,537.31

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 34,587.44 |
| UNSECURED | 14.765.49 |

Date: 01/10/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com